UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAL SEAL ENGINEERING, INC., <br> Plaintiff, <br> v. <br> NELSON PRODUCTS, INC., et al., <br> Defendants. | Case No. 8:13-cv-01880-JLS-KESx <br><br> ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE <br> (DKT. 284.) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Report and Recommendation of the United States Magistrate Judge concerning Nelson Products, Inc.'s Motion for Sanctions for Violation of the Court's January 22, 2014 Protective Order (the "Motion"). (Dkts. 198, 284.) Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. (Dkt. 289.) The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that the Motion is DENIED.

DATED: August 13, 2018

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE