JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAL SEAL ENGINEERING, INC., a California corporation,<br><br>              Plaintiff,<br>vs.<br><br>NELSON PRODUCTS, INC., a Colorado corporation, CARL NELSON, and DOES 1-5, inclusive,<br><br>              Defendants.<br><br>NELSON PRODUCTS, INC., a Colorado corporation,<br><br>              Counterclaimant,<br>vs.<br><br>BAL SEAL ENGINEERING, INC., a California corporation,<br><br>              Counterdefendant. | Case No. SACV13-01880 JLS (KESx)<br><br>[Assigned to the Honorable Josephine L. Staton]<br><br>**ORDER OF DISMISSAL AND RETENTION OF JURISDICTION BY THE COURT**<br>[Proposed]<br><br>Complaint Filed: December 3, 2013<br>Trial Date: December 2, 2019 |

      **THIS CASE** came before the Court on the Voluntary Dismissal Upon Stipulation (the "Stipulation") pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) of all parties to this action, namely, plaintiff and counterdefendant, Bal Seal Engineering, Inc. ("Bal Seal") on the one hand, and defendant and

counterclaimant, Nelson Products, Inc. ("NPI"), and defendant, Carl Nelson, on the other hand (collectively, the "Parties"), pursuant to the Settlement Agreement and Mutual General Release (the "Settlement Agreement") which the Parties have executed in connection with this matter, and the Court having reviewed the executed Stipulation, it is hereby

**ORDERED AND ADJUDGED** that upon the Stipulation of the Parties that:

1. Bal Seal's First Amended Complaint (Doc. 30) and all counts and claims asserted therein are dismissed with prejudice;

2. NPI's Second Amended Counterclaim (Doc. 60) and all counts and counterclaims asserted therein are dismissed with prejudice;

3. Despite the dismissals of Bal Seal's First Amended Complaint and NPI's Second Amended Counterclaim, and pursuant to the Parties' Stipulation and Settlement Agreement, this Court retains jurisdiction over the Parties and this case to interpret and/or enforce the terms of the Settlement Agreement by way of *ex parte* application, noticed motion or otherwise as may be appropriate under the circumstances;

4. The Court may provide by order or judgment any and all appropriate relief in connection with the interpretation and/or enforcement of the Settlement Agreement, including but not limited to injunctive, declaratory, and/or monetary relief;

5. The Court shall award to the prevailing party(ies) its, his or their reasonable attorneys' fees and costs incurred in connection with the interpretation and/or enforcement of the Settlement Agreement; and

///
///
///
///
///

6. In the event that a Judgment is ultimately entered pursuant to the terms of the Settlement Agreement, the Court shall award post-judgment interest thereon in the amount of 10% per annum and reasonable attorneys' fees and costs to the prevailing party in connection with the collection of the Judgment.

**IT IS SO ORDERED.**

Dated: 11/20/19

JOSEPHINE L. STATON
United States District Court Judge

- 3 -
ORDER OF DISMISSAL [PROPOSED]